SHELLEY D. KROHN, TRUSTEE
510 South 8th Street
Las Vegas, NV 89101
Phone: (702) 421-2210
Fax: (702) 366-1939
E-mail: Shelley@TrusteeKrohn.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BROWN, MONIQUE RASHAY<br><br>Debtor(s). | Case No.: BK-S-19-13469-BTB<br>Chapter 7<br><br>**TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER SECTION 521(i)**<br><br>**(NO HEARING REQUIRED)** |

The Motion of Shelley D. Krohn (the "Trustee") to dismiss this case represents:

1. Debtor filed for relief under the Bankruptcy Code on 05/31/2019, and the Trustee has duly qualified and is now acting as the Chapter 7 Trustee of the estate of the above-referenced debtor.

2. Debtor marked the petition designating that "Debts are primarily consumer debts."

3. Debtor failed to file schedules for more than 45 days after the filing of the petition. *See Docket attached as Exhibit "A."*

4. Bankruptcy Code § 521 (i) provides

(1) Subject to paragraphs (2) and (4) and notwithstanding section 707(a), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under subsection (a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

/ / /

/ / /

(2) Subject to paragraph (4) and with respect to a case described in paragraph (1), any party in interest may request the court to enter an order dismissing the case. If requested, the court shall enter an order of dismissal not later than 7 days after such request.

(3) Subject to paragraph (4) and upon request of the debtor made within 45 days after the date of the filing of the petition described in paragraph (1), the court may allow the debtor an additional period of not to exceed 45 days to file the information required under subsection (a)(1) if the court finds justification for extending the period for the filing.

(4) Notwithstanding any other provision of this subsection, on the motion of the trustee filed before the expiration of the applicable period of time specified in paragraph (1), (2), or (3), and after notice and a hearing, the court may decline to dismiss the case if the court finds that the debtor attempted in good faith to file all the information required by subsection (a)(1)(B)(iv) and that the best interests of creditors would be served by administration of the case.

WHEREFORE, Trustee prays for an order confirming the automatic dismissal of this case, and such other and further relief as is just and proper.

DATED: 7/18/19

Shelley D. Krohn, Trustee

### DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED: 7/18/19

Shelley D. Krohn, Trustee

EXHIBIT "A"

DebtEd, BAPCPA, MEANSU

# U.S. Bankruptcy Court
## District of Nevada (Las Vegas)
### Bankruptcy Petition #: 19-13469-btb

*Date filed:* 05/31/2019
*341 meeting:* 07/24/2019
*Deadline for objecting to discharge:* 09/06/2019

*Assigned to:* BRUCE T. BEESLEY
Chapter 7
Voluntary
No asset

*Debtor*
**MONIQUE RASHAY BROWN**
6681 TARA AVE
LAS VEGAS, NV 89146
CLARK-NV
SSN / ITIN: xxx-xx-1121

represented by **MONIQUE RASHAY BROWN**
PRO SE

*Trustee*
**SHELLEY D KROHN**
510 S 8TH STREET
LAS VEGAS, NV 89101
(702) 421-2210

*U.S. Trustee*
**U.S. TRUSTEE - LV - 7**
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101

| Filing Date | # | Docket Text |
|---|---|---|
| 05/31/2019 | 1 (9 pgs) | Chapter 7 Voluntary Petition Individual. Fee Amount $0. Request for in forma pauperis waiver. Filed by MONIQUE RASHAY BROWN (ccc) (Entered: 05/31/2019) |
| 05/31/2019 | 2 (2 pgs) | Meeting of Creditors and Notice of Appointment of Trustee SHELLEY D KROHN, . 341 meeting to be held on 07/08/2019 at 09:30 AM at 341s - Foley Bldg,Rm 1500. Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts due by 09/06/2019. (Entered: 05/31/2019) |
| 05/31/2019 | 3 | Statement of Social Security Number(s). **This document contains sensitive information and cannot be viewed by the** |

| | | public. Filed by MONIQUE RASHAY BROWN (ccc) (Entered: 05/31/2019) |
|---|---|---|
| 05/31/2019 | [4](#) (4 pgs) | Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments with Proposed Order Filed by MONIQUE RASHAY BROWN (ccc) (Entered: 05/31/2019) |
| 05/31/2019 | 5 | Set Deficient Filing Deadlines. Incomplete Filings due by 6/14/2019. Verification of Creditor Matrix due by 6/14/2019. Summary of Assets and Liabilities due by 6/14/2019. Schedules A/B-J due by 6/14/2019. Declaration Re: Schedules due by 6/14/2019. Statement of Financial Affairs due by 6/14/2019. Statement of Intent due by 7/1/2019. Statement of Current Monthly Income and Means Test Form 122A-1 Due: 6/14/2019. (ccc) (Entered: 05/31/2019) |
| 05/31/2019 | [6](#) (2 pgs) | Notice of Incomplete and/or Deficient Filing. (ccc) (Entered: 05/31/2019) |
| 06/02/2019 | [7](#) (3 pgs) | BNC Certificate of Mailing (Related document(s)[2](#) Meeting of Creditors Chapter 7 No Asset (BNC)) No. of Notices: 7. Notice Date 06/02/2019. (Admin.) (Entered: 06/02/2019) |
| 06/02/2019 | [8](#) (3 pgs) | BNC Certificate of Mailing. (Related document(s)[6](#) Incomplete and/or Deficient Filing-Ch 7 Individual (BNC)) No. of Notices: 1. Notice Date 06/02/2019. (Admin.) (Entered: 06/02/2019) |
| 06/03/2019 | [9](#) (1 pg) | Order on Debtor's Certification of Exigent Circumstances (BNC) (Related document(s)[1](#) Voluntary Petition 7 filed by Debtor MONIQUE RASHAY BROWN.) (lms) (Entered: 06/03/2019) |
| 06/05/2019 | [10](#) (1 pg) | Order Granting Debtor's Application for Waiver of the Chapter 7 Filing Fee (Related Doc # [4](#)) (lms) (Entered: 06/05/2019) |
| 06/05/2019 | [11](#) (2 pgs) | BNC Certificate of Mailing - pdf (Related document(s)[9](#) Order on Debtor's Certification of Exigent Circumstances) No. of Notices: 7. Notice Date 06/05/2019. (Admin.) (Entered: 06/05/2019) |
| 06/07/2019 | [12](#) (2 pgs) | BNC Certificate of Mailing - pdf (Related document(s)[10](#) Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee (BNC)) No. of Notices: 1. Notice Date 06/07/2019. (Admin.) (Entered: 06/07/2019) |
| 07/08/2019 | 13 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 7/24/2019 at 10:00 AM at |

| | | 341s - Foley Bldg,Rm 1500. Debtor absent. (KROHN, SHELLEY) (Entered: 07/08/2019) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/18/2019 16:46:23 | | | |
| PACER Login: | krohntee:3774753:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 19-13469-btb Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |