_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 19, 2019

SHELLEY D. KROHN, TRUSTEE
510 South 8th Street
Las Vegas, NV 89101
Phone: (702) 421-2210
Fax: (702) 366-1939
E-mail: Shelley@TrusteeKrohn.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-19-13469-BTB |
| | Chapter 7 |
| BROWN, MONIQUE RASHAY | |
| | **ORDER CONFIRMING AUTOMATIC DISMISSAL OF CHAPTER 7 CASE** |
| Debtor(s). | **(NO HEARING REQUIRED)** |

The Request of Shelley D. Krohn ("Trustee") having come before this Court and it appearing that the Debtor did not file schedules within 45 days after the date of the filing of the petition, pursuant to Bankruptcy Code § 521(i), this case is dismissed as of the 46th day after the date of the filing of the petition.

Submitted by:

_____
Shelley D. Krohn, Trustee

###